Ronald H. Barsamian, #81531
Patrick S. Moody, #156928
Stacy R. Lucas, #243555
BARSAMIAN & MOODY
A Professional Corporation
1141 W. Shaw Avenue, Suite 104
Fresno, California 93711
Tele: 559/248-2360
Fax:  559/248-2370

IRELL & MANELLA LLP
David A. Schwarz (159376)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile:  (310) 203-7199
E-Mail: DSchwarz@irell.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rafael Marquez Amaro, Jesus Alarcon Urzua, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Gerawan Farming, Inc., a California Corporation; Gerawan Farming Partners, Inc, a California Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 1:14-CV-00147-AWI-SAB<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>**(Fed. R. Civ. P. 12(b)(6))**<br><br>Date: April 7, 2014<br>Time: 1:30 p.m.<br>Ctrm.: 2 |

PLEASE TAKE NOTICE THAT on April 7, 2014, in Courtroom #2 of this court, located at 2599 Tulare Street, Fresno, CA 93721, Defendants, Gerawan Farming, Inc. and

Gerawan Farming Partners, Inc. ("Gerawan") will and hereby do move for an Order dismissing Plaintiffs' First, Second, Third, Fourth, Fifth and/or Sixth causes of action, singularly or in combination, pursuant to Federal Rule of Civil Procedure 12(b)(6), on the grounds that such causes of action, and all of them, fail to state claims upon which relief may be granted. Defendants' Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, other pleadings which are on file or will be on file at the time of the Motion, argument of counsel, and upon such other and further argument requested or allowed by the court.

Date: March 6, 2014                          BARSAMIAN & MOODY


                                             By: /s/ Patrick S. Moody
                                                 Patrick S. Moody
                                                 Attorneys for Defendant

PROOF OF SERVICE
(Code of Civil Procedure §1013(a) and 2015.5)

I, Krista K. Osha, declare as follows:

I am and was at the time of service hereafter mentioned, over the age of eighteen (18) years of age and not a party to the above-entitle matter. My business address is 1141 W. Shaw, Suite 104, Fresno, CA 93711.

On March 6, 2014 I served the following documents:
**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS**

☒ By depositing a copy(ies) of each document with the United States Postal Service, City of Fresno, County of Fresno, State of California, in a sealed envelope, with postage prepaid, and addressed to:

| | |
|---|---|
| Marcos R. Camacho | Eric B. Kingsley |
| Mario G. Martinez | Kingsley & Kingsley |
| Marcos Camacho, A Law Corporation | 16133 Ventura Blvd., Ste. 1200 |
| 1227 California Avenue | Encino, CA 91436 |
| Bakersfield, CA 93304 | |

☐ By Hand Delivering such document(s) to be delivered by hand to the offices of the person(s) listed above.

☐ By Facsimile Transmission. I transmitted such document(s) by facsimile machine to the facsimile number listed below.

Fax:

☐ By United States Postal Service, Certified Mail, Return Receipt Requested, in a sealed envelope, with postage prepaid and addressed to:

I declare under penalty of perjury, according to the laws of the State of California, that the foregoing is true and correct and that this declaration was executed on March 6, 2014 at Fresno, California.

*/s/ Krista K. Osha*
Krista K. Osha

i