# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL MARQUEZ AMARO, et al., | Case No. 1:14-cv-00147-AWI-SAB |
| Plaintiffs, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | (ECF Nos. 9, 10, 13, 14, 16) |
| GERAWAN FARMING, INC. et al., | |
| Defendants. | |

Plaintiffs filed the Complaint in this action on February 3, 2014. (ECF No. 1.) Defendants filed a Motion to Dismiss on March 6, 2014 which was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. (ECF Nos. 9, 10, 11.)

On April 11, 2014, the Magistrate Judge filed a Findings and Recommendations which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within fourteen days. Neither party has filed any objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed April 11, 2014, is adopted in full;
2. Defendants' Motion to Dismiss is DENIED; and
3. Defendants shall file a responsive pleading within twenty days from the date of service of this order.

IT IS SO ORDERED.

Dated:   May 19, 2014

_____
SENIOR DISTRICT JUDGE