UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL MARQUEZ AMARO, et al,<br><br>PLAINTIFFS,<br><br>V.<br><br>GERAWAN FARMING, INC., et al.,<br><br>DEFENDANTS. | Case No. 1: 14-cv-00147-AWI-SAB<br><br>ORDER ON STIPULATION TO CONTINUE FILING DATE FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |

Pursuant to the stipulation of the parties, Plaintiff's Motion for Class Certification shall be filed on or before October 26, 2015.  The hearing on the motion shall be set pursuant to the Local Rules.

IT IS SO ORDERED.

Dated:  **April 6, 2015**

_____
UNITED STATES MAGISTRATE JUDGE