UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL MARQUEZ AMARO, JESUS ALARCON URZUA, ON BEHALF OF THEMSELVES AND OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFFS,<br><br>V.<br><br>GERAWAN FARMING, INC., A CALIFORNIA CORPORATION; GERAWAN FARMING PARTNERS, INC., A CALIFORNIA CORPORATION; DOES 1 - 10, INCLUSIVE,<br><br>DEFENDANTS. | Case No. 1: 14-cv-00147-AWI-SAB<br><br>ORDER ON STIPULATION TO CONTINUE DISCOVERY CUT-OFF DATE |

Pursuant to the parties' stipulation, Plaintiff's Motion for Class Certification is continued September 28, 2015.

IT IS SO ORDERED.

Dated: __**April 10, 2015**__

_____
UNITED STATES MAGISTRATE JUDGE