UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL MARQUEZ AMARO, JESUS ALARCON URZUA, ON BEHALF OF THEMSELVES AND OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFFS,<br><br>V.<br><br>GERAWAN FARMING, INC., A CALIFORNIA CORPORATION; GERAWAN FARMING PARTNERS, INC., A CALIFORNIA CORPORATION; DOES 1 - 10, INCLUSIVE,<br><br>DEFENDANTS. | Case No. 1: 14-cv-00147-AWI-SAB<br><br>**ORDER ON STIPULATION TO CONTINUE FILING DATE FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND THE DISCOVERY CUT OFF**<br><br>(ECF No. 30) |

Pursuant to the parties' stipulation, Plaintiff's Motion for Class Certification is shall be filed on or before December 14, 2015 and the discovery cut-off date is continued to November 16, 2015.

IT IS SO ORDERED.

Dated:   **August 31, 2015**

UNITED STATES MAGISTRATE JUDGE