UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rafael Marquez Amaro, Jesus Alarcon Urzua, on behalf of themselves and other similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>GERAWAN FARMING, INC., a California Corporation; GERAWAN FARMING PARTNERS, INC., a California Corporation; DOES 1-10, inclusive,<br><br>            Defendants. | No.  1:14-CV-00147-DAD-SAB<br><br>**ORDER ON STIPULATION TO EXTEND HEARING DATE AND FILING DATES ASSOCIATED WITH MOTION FOR CLASS CERTIFICATION** |

Pursuant to the parties' stipulation, the hearing on plaintiffs' Motion for Class Certification shall be continued from January 13, 2016 at 10:00 a.m. to March 1, 2016 at 9:30 a.m. in Courtroom 5 before the undersigned.  Defendants' opposition shall be filed and served by February 5, 2015 and plaintiffs' reply thereto shall be filed and served by February 23, 2016.

IT IS SO ORDERED.

Dated:  **December 18, 2015**

                                                                DALE A. DROZD
                                                                UNITED STATES DISTRICT JUDGE