UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL MARQUEZ AMARO and JESUS ALARCON URZUA,<br><br>          Plaintiffs,<br><br>     v.<br><br>GERAWAN FARMING, INC. and GERAWAN FARMING PARTNERS, INC.,<br><br>          Defendants. | No. 1:14-cv-00147-DAD-SAB<br><br>ORDER ON DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER AND FOR LEAVE TO AMEND ANSWER<br><br>(Doc. No. 84) |

On December 13, 2016, defendants filed the instant motion seeking to modify the scheduling order and for leave to amend their answer to add an affirmative defense based on the statutory safe harbor provision. (Doc. No. 84.) Plaintiffs filed an opposition on January 3, 2017, objecting to the proposed amendment as futile and raising additional constitutional challenges to the safe harbor provision in its entirety. (Doc. No. 85.) Defendants replied on January 10, 2017. (Doc. No. 86.)

This motion is suitable for resolution on the briefs submitted, and the hearing set for January 17, 2017 is vacated. The matter is taken under submission and a written order will follow eventually, though not until appellate proceedings before the Ninth Circuit in the related case of *Fowler Packing Co., Inc. v. Lanier*, No. 1:16-cv-00106-DAD-SAB have concluded. Once these

1

appellate proceedings are concluded, the court may request additional briefing and/or oral argument on the instant motion.

IT IS SO ORDERED.

Dated: **January 12, 2017**

UNITED STATES DISTRICT JUDGE