# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL MARQUEZ AMARO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GERAWAN FARMING, INC., et al.,<br><br>Defendants. | Case No. 1:14-cv-00147-DAD-SAB<br><br>ORDER RE STIPULATION TO MOVE SETTLEMENT CONFERENCE, VACATING APRIL 6, 2018 SETTLEMENT CONFERENCE, AND DIRECTING PARTIES TO CONTACT COURTROOM DEPUTY<br><br>(ECF No. 91) |

On October 5, 2017, a settlement conference in this matter was set for April 6, 2018, before Magistrate Judge Michael J. Seng. (ECF No. 90.) On March 27, 2018, the parties filed a stipulation to move the scheduling conference to a mutually agreeable date that fits the Court's calendar. (ECF No. 91.) Based upon the parties' stipulation, it is HEREBY ORDERED that:

1. The settlement conference set for April 6, 2018, is VACATED; and
2. On or before April 2, 2018, the parties shall contact the undersigned's courtroom deputy, Mamie Hernandez, to schedule a conference call regarding a new settlement conference date.

IT IS SO ORDERED.

Dated: **March 28, 2018**

UNITED STATES MAGISTRATE JUDGE

1