# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL MARQUEZ AMARO, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GERAWAN FARMING, INC. et al.,<br><br>　　　　Defendants. | Case No. 1:14-cv-00147-DAD-SAB<br><br>ORDER SETTING INFORMAL CONFERENCE FOR APRIL 4, 2018 |

On March 29, 2018, an order issued vacating the settlement conference set for April 6, 2018. (ECF No. 92.) The order directed the parties to contact the courtroom deputy on or before April 2, 2018 to schedule a conference call regarding a new settlement conference date. The parties have not complied with the March 29, 2018 order. As the parties did not respond with a date for the informal conference, an informal conference shall be set for April 4, 2018, at 10:00 a.m. The parties may appear telephonically by contacting Courtroom Deputy Mamie Hernandez to obtain the telephone number and passcode.

Based on the foregoing, IT IS HEREBY ORDERED that an informal conference is set for April 4, 2018, at 10:00 a.m. in Courtroom 9 to address a date for the settlement conference.

IT IS SO ORDERED.

Dated: **April 3, 2018**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1