# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL MARQUEZ AMARO, et al., | Case No. 1:14-cv-00147-DAD-SAB |
| Plaintiffs, | ORDER REQUIRING PARTIES TO SUBMIT REQUEST TO MODIFY SCHEDULING ORDER |
| v. | |
| GERAWAN FARMING, INC. et al., | FOURTEEN DAY DEADLINE |
| Defendants. | |

On April 4, 2018, the Court conducted an informal teleconference call regarding setting a settlement conference in this matter. Eric Kingsley appeared for the plaintiffs and Ron Barsamian appeared for the defendant. Pursuant to the discussion at the informal hearing, the parties shall be submitting a request to modify the scheduling order. Accordingly,

IT IS HEREBY ORDERED that within fourteen (14) days of the date of service of this order the parties shall submit their request for modification of the scheduling order.

IT IS SO ORDERED.

Dated: **April 4, 2018**

UNITED STATES MAGISTRATE JUDGE

1