# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL MARQUEZ AMARO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GERAWAN FARMING, INC. et al.,<br><br>Defendants. | Case No. 1:14-cv-00147-DAD-SAB<br><br>ORDER CONTINUING INFORMAL CONFERENCE TO NOVEMBER 27, 2018 |

The Court held an informal telephonic conference on August 15, 2018 to address whether this matter is ripe for a settlement conference. The parties state that they are awaiting decision in a related matter that could potentially moot this case. The informal conference shall be continued to allow for decision on the matter pending in Fowler Packing Company, Inc. v. Lanier, no. 1:16-cv-00106-DAD-SAB (E.D. Cal.).

Accordingly, the informal conference is HEREBY CONTINUED to November 27, 2018, at 3:30 p.m.

IT IS SO ORDERED.

Dated: **August 15, 2018**

UNITED STATES MAGISTRATE JUDGE

1