# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL MARQUEZ AMARO, et al., | Case No. 1:14-cv-00147-DAD-SAB |
| Plaintiffs, | ORDER GRANTING IN PART AND DENYING IN PART STIPULATION TO STAY ACTION |
| v. | |
| GERAWAN FARMING, INC. et al., | (ECF No. 101) |
| Defendants. | |

On April 19, 2018, a second amended scheduling order issued in this action. (ECF No. 97.) On August 27, 2018, the parties filed a stipulation to vacate all dates in the April 19, 2018 scheduling order and stay this action for 180 days pending decision on a motion for summary judgment in a related action, Fowler Packing Co. v. Lanier, No. 1:16-cv-01060-DAD-SAB (E.D. Cal.). (ECF No. 101.)

Currently a status conference is set in this matter for November 27, 2018. (ECF No. 100.) Due to the amount of time that the motion for summary judgment has been pending in Fowler Packing Co., the Court declines to stay this action for 180 days. The Court shall grant in part the parties request to stay, and this action shall be stayed until November 27, 2018. At the November 27, 2018 status conference, the parties may address whether a further stay is needed and if the dates in the April 19, 2018 second amended scheduling order should be further extended.

Accordingly, IT IS HEREBY ORDERED that the stipulation to stay the action and

1

vacate all dates is GRANTED IN PART AND DENIED IN PART.  This action shall be stayed until November 27, 2018.  The request is DENIED in all other respects.

IT IS SO ORDERED.

Dated:  **August 27, 2018**

_____
UNITED STATES MAGISTRATE JUDGE