# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL MARQUEZ AMARO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GERAWAN FARMING, INC. et al.,<br><br>Defendants. | Case No. 1:14-cv-00147-DAD-SAB<br><br>ORDER CONTINUING STAY UNTIL FEBRUARY 12, 2019 AND VACATING DATES IN SECOND AMENDED SCHEDULING ORDER<br><br>(ECF No. 97) |

This action is currently stayed to allow for decision on the matter pending in a related action, <u>Fowler Packing Company, Inc. v. Lanier</u>, no. 1:16-cv-00106-DAD-SAB (E.D. Cal.). An informal teleconference was held on November 27, 2018, to address the continuance of the stay. Due to the pending motions in <u>Fowler Packing Company, Inc.</u>, the Court finds that good cause exists to continue the stay of this action for another three months. As the extension of the stay impacts the dates in the current scheduling order, the Court shall vacate the dates in the second amended scheduling order. An amended scheduling order shall issue once the stay in this action is lifted.

Accordingly, IT IS HEREBY ORDERED that:

1. The stay in this action is CONTINUED to February 12, 2019;
2. A telephonic status conference shall be held on February 12, 2019, at 10:00 a.m. in Courtroom 9;
3. All dates in the the second amended scheduling order, filed April 19, 2018, are

VACATED; and

4. If the decision in <u>Fowler Packing Company, Inc. v. Lanier</u>, no. 1:16-cv-00106-DAD-SAB (E.D. Cal.), issues prior to February 12, 2019, the parties may contact Courtroom Deputy Mamie Hernandez to advance the status conference.

IT IS SO ORDERED.

Dated: **November 28, 2018**

UNITED STATES MAGISTRATE JUDGE